**Order filed, November 25, 2014.**



In The

# Fourteenth Court of Appeals

————————

## NO. 14-14-00577-CV

————————

**GIOVANNY LAGUAN, Appellant**

**V.**

**US BANK TRUST AS TRUSTEE FOR LSF8 MASTER PARTICIPATION TRUST, Appellee**

---

**On Appeal from the County Court at Law No 2**
**Fort Bend County, Texas**
**Trial Court Cause No. 14-CCV-052983**

---

## ORDER

The reporter's record in this case was due **November 07, 2014**. *See* Tex. R. App. P. 35.1. On **November 07, 2014, Kelly D. Kelly** filed a motion for extension of time to file the record which was granted until **November 14, 2014**. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Kelly D. Kelly**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM